IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROY FALLS-BEY, *et al.*,

      Plaintiffs,

vs.

      Case No.: 2:17-cv-1103
      JUDGE GEORGE C. SMITH
      Magistrate Judge Jolson

WARDEN, BRIAN COOK, *et al.*,

      Defendants.

## ORDER

On January 5, 2018, the United States Magistrate Judge issued a *Report and Recommendation and Order* granting Plaintiff's Motion to Proceed *in forma pauperis* and recommending that all plaintiffs, other than Plaintiff Roy Falls-Bey, be dismissed from this case, and finally directing Plaintiff to file an amended complaint within 30 days. (*See Report and Recommendation and Order*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation and Order*.

The *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** All other Plaintiffs except for Mr. Roy Falls-Bey are hereby **DISMISSED**. Additionally, Plaintiff must comply with the Magistrate Judge's instructions regarding the filing of the Amended Complaint.

The Clerk shall remove Document 3 from the Court's pending motions list.

      **IT IS SO ORDERED**.

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**