# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROY FALLS-BEY,**

    **Plaintiff,**

**vs.**

    Case No.: 2:17-cv-1103
    **JUDGE GEORGE C. SMITH**
    **Magistrate Judge Jolson**

**WARDEN BRIAN COOK,** *et al.***,**

    **Defendants.**

## ORDER

On February 28, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommended that Defendant State of Ohio be dismissed from this lawsuit and that Plaintiff be permitted to proceed on his claims against the remaining Defendants. (*See Report and Recommendation*, Doc. 8). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendant, the State of Ohio, is hereby dismissed from this lawsuit. Further, Plaintiff is hereby permitted to proceed on his claims against the remaining Defendants.

The Clerk shall remove Document 8 from the Court's pending motions list.

    **IT IS SO ORDERED**.

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**